# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 00-2231

———————

United States of America,      *
     *
        Appellee,      *
     *
     v.      *    Appeal from the United States
     *    District Court for the
Teresa Campos-Tellez,      *    District of Minnesota.
     *
        Appellant.      *      [UNPUBLISHED]

———————

Submitted: May 15, 2001
Filed: May 18, 2001

———————

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

———————

PER CURIAM.

Teresa Campos-Tellez pleaded guilty to conspiring to distribute methamphetamine, in violation of 21 U.S.C. § 846, and the district court[1] sentenced her to 87 months of imprisonment and 3 years of supervised release. On appeal, she argues that the court clearly erred in granting her a 2-level minor-participant reduction rather than a 4-level minimal-participant reduction under U.S.S.G. § 3B1.2.

———————

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

We conclude that the district court did not clearly err in denying Campos-Tellez a minimal-participant reduction. See United States v. Ortiz, 236 F.3d 420, 422 (8th Cir. 2001) (standard of review; district court did not clearly err in denying either minor- or minimal-participant reduction upon finding that defendant drove car used for transporting drugs and seemed quite aware of what was happening during drug sale). The unobjected-to facts in the presentence report adequately support the court's finding that she was not a minimal participant, see United States v. Belitz, 141 F.3d 815, 818 (8th Cir. 1998), and Campos-Tellez did not meet her burden to prove entitlement to the greater reduction, see United States v. Correa, 167 F.3d 414, 416 (8th Cir. 1999).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.